UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENIS S. GEOGHEGAN, <br> Plaintiff <br><br> v. <br><br> DEPARTMENT OF LABOR & INDUSTRY, COMMONWEALTH OF PENNSYLVANIA; STEPHEN SCHMERIN, Individually and as SECRETARY OF LABOR & INDUSTRY; and LAURA REOHR, Individually and as ACTING DEPUTY SECRETARY FOR UNEMPLOYMENT COMPENSATION, <br> Defendants | Civil Action - Law <br><br> No. 1:05-CV-1178 <br><br> Judge Conner <br><br> FILED ELECTRONICALLY |

## ORDER OF COURT

AND NOW, this __13TH__ day of __September__, 2005, IT IS ORDERED that Plaintiff, any counsel for Plaintiff, and any other persons who are or become associated with the preparation or trial of the above-captioned lawsuit on behalf of Plaintiff shall not disclose or utilize the documents produced by Defendants in this action identified below except for the sole purpose of this action and for no other purposes.

- **Office of Equal Opportunity Discrimination Complaint Investigation Report dated April 10, 2003.**

Further, Plaintiff, any counsel for Plaintiff and any other individuals who are or become associated with the preparation or trial of the above-captioned action on behalf of the parties shall return to counsel for Defendants, said documents and all copies therefrom, upon the conclusion of this action, including any appeals.

By: _/s/_
Honorable Christopher Conner